442 A.2d 346

Commonwealth v. Richardson, Appellant.

Submitted May 11, 1981. Thomas L. McGill, Jr., for appellant; Garold E. Tennis, Assistant District Attorney, for Commonwealth, appellee.

Before MONTEMURO, HOFFMAN and VAN der VOORT, JJ.

Judgment of sentence affirmed.

442 A.2d 347

Commonwealth v. Rider, Appellant.

Submitted January 26, 1981. Elaine DeMasse, Assistant Public Defender, for appellant; Gaele McLaughlin Barthold, Assistant District Attorney, for Commonwealth appellee.

Before CAVANAUGH, JOHNSON and LIPEZ, JJ.

Affirmed.